IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CHRISTIAN ANTONIO LEIVA GARCIA,** § § § | |
| Petitioner, § | |
| § | EP-25-CV-00624-DB |
| v. § | |
| § | |
| **KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security, et al.*, § § | |
| Respondents. § | |

# ORDER

On this day, the Court considered the above-captioned case. On December 8, 2025, Petitioner Christian Antonio Leiva Garcia filed a "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1. On December 16, 2026, the Court issued its "Order," ECF No. 5, wherein following orders issued:

> **IT IS HEREBY ORDERED** that Petitioner Christian Antonio Leiva Garcia's "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief," ECF No. 1, is **GRANTED IN PART**.
> **IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** Petitioner with a bond hearing before an immigration judge **no later than December 18, 2025** at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of his removal proceedings.
> **IT IS FURTHER ORDERED** Respondents **SHALL FILE** an advisory informing the Court when the bond hearing will be held in accordance with the preceding order **no later than December 17, 2025**.
> **IT IS FINALLY ORDERED** Respondents **SHALL FILE** an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision **no later than December 20, 2025.**

ECF No. 5 at 11–12. On December 19, 2025, Respondents filed an "Advisory," ECF No. 7, stating that "[o]n December 18, 2025, Petitioner was scheduled to have his custody redetermination hearing before the immigration court, however the hearing was reset. In compliance with the Court's order, ICE then released Petitioner." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 22, 2026.**

**SIGNED** this **13th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE